```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                  CRIMINAL ACTION NO. 2:19-00194

PAMELA GAIL ADKINS

## MEMORANDUM OPINION AND ORDER

On August 18, 2020, the court denied without prejudice defendant's motion for compassionate release. The court did so because defendant had not established that she had exhausted her administrative remedies or that thirty days had lapsed from the warden's receipt of defendant's request for compassionate release.

Defendant has moved the court to reconsider its decision and attaches documents to show she has exhausted her administrative remedies. See ECF No. 27. However, the Bureau of Prisons' Inmate Locator indicates that defendant has been released. Therefore, her motion for reconsideration is **DENIED** as moot.

The Clerk is directed to send a copy of this Order to defendant, counsel of record, and the Probation Office of this court.

It is SO ORDERED this 8th day of April, 2021.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge